UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
IN RE: NORTHWEST AIRLINES CORP.     :     09 Civ. 6115 (RMB)
:
:     **ADMINISTRATIVE ORDER**
:
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/13/09

    The parties are hereby directed to appear before the Court at a status conference on July 21, 2009 at 9:00 a.m.

**SO ORDERED.**

Dated: New York, New York
       July 13, 2009

                                                  _RMB_____
                                                  **Richard M. Berman, U.S.D.J.**